IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.
MAR 20 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR211-MR |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| (1) MICHAEL D. PAHUTSKI | ) | |
| (2) VICTORIA L. SPROUSE | ) | |
| (3) R. MICHAEL GEE | ) | |
| (4) GREGORY A. MASCARO | ) | |
| (5) GREGORY D. RANKIN | ) | |
| (6) JULES A. SPRINGS | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Second Superseding Bill of Indictment, Warrants and the Motion to Seal the Second Superseding Bill of Indictment be sealed until the defendant has been arrested.

This the 20th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE