# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07-CR-211-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) VICTORIA L. SPROUSE, ) ) Defendant. ) _____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** consistent with the Court's "Order" (Document No. 104) directing that the Federal Defender appoint new counsel for the Defendant, Victoria L. Sprouse. Pending notification of the Court by the Federal Defender that new counsel had been obtained, the Court in that Order declined to address the question of the withdrawal of Ms. Sprouse's previous counsel, Anderson Terpening PLLC. The Court is now informed that attorney Lisa Costner has now been appointed to represent Ms. Sprouse, and accordingly, the Court is now free to address the question of the withdrawal of Anderson Terpening PLLC. The Court will now allow the withdrawal.

**IT IS THEREFORE ORDERED** that Andersen Terpening PLLC will now be deemed withdrawn from representation of Ms. Sprouse in this matter. Attorney Lisa Costner will be representing Ms. Sprouse.

**IT IS FURTHER ORDERED** that attorneys and staff of Anderson Terpening PLLC shall take all reasonable steps to ensure a smooth transition between counsel for Ms. Sprouse.

**SO ORDERED**.

Signed: October 29, 2008

David C. Keesler
United States Magistrate Judge