# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (1) MICHAEL D. PAHUTSKI | ) | |
| (2) VICTORIA L. SPROUSE | ) | |
| (3) R. MICHAEL GEE | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Set Trial Date [Doc. 133].

After reviewing the Motion, and the earlier Order of this Court regarding the setting of the trial in this matter, and having reviewed the Court's schedule and inquired as to the availability of facilities for a trial of the length that this case is expected to have, the Court has determined that the Government's Motion should be granted and that the trial will be pre-emptorily set to begin on Monday, March 23, 2009.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Set the Trial Date [Doc. 133] is hereby **GRANTED** and this case is hereby pre-emptorily set for trial beginning March 23, 2009.

**IT IS SO ORDERED.**

Signed: December 8, 2008

Martin Reidinger
United States District Judge