# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| (1) MICHAEL D. PAHUTSKI ) | |
| (2) VICTORIA L. SPROUSE ) | |
| (3) R. MICHAEL GEE ) | |

**THIS MATTER** is before the Court on the Defendant's Response to Government's Motion for Reconsideration of Motion to Set Trial Date and Motion to Continue [Doc. 136].

In order for the Court to resolve the issue of the setting of the trial in an expeditious manner the Court needs for the other Defendants as well as the Government to respond to Defendant Sprouse's motion and response on or before Monday, December 15, 2008.

**IT IS, THEREFORE, ORDERED** that the Defendants Pahutski and Gee as well as the Government shall respond to Defendant Sprouse's

Response to Government's Motion [Doc. 136] on or before December 15, 2008.

**IT IS SO ORDERED.**

Signed: December 12, 2008

Martin Reidinger
United States District Judge