IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:07cr211

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTORIA L. SPROUSE. | ) | |

**THIS MATTER** is before the Court on the Government's First Motion *in Limine* [Doc. 183], filed February 26, 2009.

In this motion, the Government seeks a series of evidentiary rulings in advance of trial. The Court is unable to make such rulings until such time as an attempt is made to introduce the evidence.

**IT IS, THEREFORE, ORDERED** that the Government's First Motion *in Limine* [Doc. 183] is hereby **DENIED** without prejudice to renewal during trial.

Martin Reidinger
United States District Judge

Signed: March 20, 2009