IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:07cr211**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VICTORIA L. SPROUSE. ) | |

**THIS MATTER** is before the Court on the Government's Motion *in Limine* to Admit Documents Pursuant to Business Records Certifications [Doc. 189], filed March 5, 2009.

The parties have advised the Court that they have resolved all issues raised in the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion *in Limine* to Admit Documents Pursuant to Business Records Certifications [Doc. 189] is hereby **DENIED** as moot.

Signed: March 20, 2009

Martin Reidinger
United States District Judge