# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>VICTORIA L. SPROUSE. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On February 19, 2009, the undersigned severed Counts Twenty-Eight through Thirty-Four from the trial of the remaining counts in the Fourth Superseding Bill of Indictment. The Defendant was tried to jury verdict on April 1, 2009. The undersigned will require the Government to advise whether it intends to proceed with the prosecution of these remaining counts. 18 U.S.C. §3161(h)(1)(B) (delay resulting from trial with respect to other charges against the defendant excluded).

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the Government shall notify the Court in writing whether it intends to proceed with the prosecution of the remaining counts of the Fourth Superseding Bill of Indictment.

Martin Reidinger
United States District Judge

Signed: May 18, 2009