# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> VICTORIA L. SPROUSE. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Certain Counts [Doc. 258].

Prior to the trial of this matter the Court granted motion(s) to sever certain counts as set out in the Fourth Superseding Indictment. The Government now seeks to dismiss those counts without prejudice. The Court will grant the motion to dismiss those severed counts, namely counts 28 through 34 as set out in the Fourth Superseding Indictment. Said dismissal is without prejudice. The Court, however, takes no position on other matters referenced in the motion, such as the tolling of the statute of limitations.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to

Dismiss Certain Counts [Doc. 258] is hereby **GRANTED**.

Martin Reidinger
United States District Judge

Signed: May 26, 2009