# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTORIA L. SPROUSE. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Request for Forfeiture Hearing Date [Doc. 297].

In the motion, the Government advises that it would take less than an hour to present its position regarding forfeiture. Defense counsel also states he would take around one hour for argument but seeks leave to file additional briefing. The Defendant would prefer the forfeiture matter be resolved during the sentencing hearing while the Government "believes that a hearing date as soon as practicable" is preferable.

The Court finds that the forfeiture matter should be resolved during the sentencing hearing. Indeed, this was the resolution originally suggested by the Court. Limited additional briefing will be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Request for Forfeiture Hearing Date [Doc. 297] is hereby **GRANTED** and the forfeiture hearing shall be conducted during the sentencing hearing.

**IT IS FURTHER ORDERED** that the parties may, but are not required to, submit additional briefing not to exceed ten pages no later than two weeks prior to the sentencing date.

Signed: January 14, 2010

Martin Reidinger
United States District Judge