IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07cr211-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTORIA L. SPROUSE. | ) | |

**THIS MATTER** is before the Court on the Supplement to Prior Motion for Additional Funds for an Investigator [Doc. 295].

The Court finds for the reasons stated that additional funds in the amount of $3,190.00 for the private investigative services of Kenneth Whapham and his company K.W. Investigations, L.L.C. are authorized.

**IT IS, THEREFORE, ORDERED** that upon the submission of the appropriate voucher additional funds in the amount of $3,190.00 for the private investigative services of Kenneth Whapham and his company K.W. Investigations, L.L.C. are hereby authorized.

Signed: January 28, 2010

Martin Reidinger
United States District Judge