IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07cr211-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) VICTORIA L. SPROUSE. ) ) | SEALED ORDER |

**THIS MATTER** is before the Court on the Government's Motion to Correct Pleadings [Doc. 354].

Defense counsel has advised the Court that she has no objection to the motion. For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Correct Pleadings [Doc. 354] is hereby **GRANTED** and the following documents are amended *nunc pro tunc* to reflect that they were filed under the authority of Edward R. Ryan, Attorney for the United States acting under the authority conferred by 28 U.S.C. §515: Documents 315, 317, 321, 325, 326, 327, 329, 337, 338, 339 and 341.

Signed: July 16, 2010

Martin Reidinger
United States District Judge