# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **VICTORIA L. SPROUSE.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion to Stay Deadlines for Filing Post-Verdict Motions" [Doc. 447].

The Defendant asserts that she is currently unrepresented by counsel, as her petition for writ of certiorari by the United States Supreme Court was denied on December 2, 2013. She requests that "all post-verdict motion deadlines be stayed and extended" for a period of thirty (30) days from the appointment of CJA counsel. [Doc. 447].

The docket reflects that the Defendant was represented by retained counsel in the proceedings before this Court, and that counsel has not withdrawn from such representation. As such, the Court considers the Defendant to still be represented, and thus, her *pro se* motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Stay Deadlines for Filing Post-Verdict Motions [Doc. 447] is **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is directed to provide copies of this Order to the Defendant, Peter Anderson, William Terpening, and counsel for the Government.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Martin Reidinger
United States District Judge