# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-DCK-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTORIA L. SPROUSE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter is currently scheduled for a sentencing hearing on April 15, 2014. Prior to sentencing, the Court will require the parties to brief the issues of loss amounts and restitution.

**ACCORDINGLY, IT IS, THEREFORE, ORDERED** that the Government shall submit any documents regarding loss amounts and the restitution to be sought, along with a memorandum setting out the Government's contentions regarding both issues, no later than **April 4, 2014**. The Defendant shall respond with any relevant documents and a memorandum addressing these issues by **April 10, 2014**. The parties'

memoranda shall be double-spaced and in 14-point font, and shall not exceed fifteen (15) pages.

**IT IS SO ORDERED.**   Signed: March 28, 2014

Martin Reidinger
United States District Judge