THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VICTORIA L. SPROUSE, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Leave to Dismiss Count Twenty-Six in the Fourth Superseding Bill of Indictment. [Doc. 482]. The Defendant does not oppose the motion.

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 482] is **GRANTED**, and Count Twenty-Six in the Fourth Superseding Bill of Indictment is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Martin Reidinger
United States District Judge