# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTORIA L. SPROUSE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for further consideration in light of Luis v. United States, 136 S. Ct. 1083 (2016). The Court held a status conference with the parties on April 29, 2016.

Upon review of the review and consideration of the arguments of counsel, **IT IS, THEREFORE, ORDERED** as follows:

(1) This matter is hereby scheduled for an evidentiary hearing in Charlotte, North Carolina, on **June 8, 2016 at 9:00 a.m.**

(2) The United States Marshal shall make arrangements to have the Defendant transported from her place of incarceration to this District. The United States Marshal shall ensure that the Defendant arrives in this District

prior to the hearing date in order that she may be afforded adequate opportunity to confer with counsel in preparation for the hearing.

**(3)** The parties shall file any supplemental briefs no later than **June 1, 2016**. Such briefs shall not exceed 25 pages in length and shall be double-spaced and in 14-point font.

**IT IS FURTHER ORDERED** that, the Defendant having been found to be indigent and appointed counsel on appeal by the Fourth Circuit, the Court hereby appoints attorneys Peter Crane Anderson and William R. Terpening to represent the Defendant in connection with the proceedings in this Court on remand.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: May 2, 2016

Martin Reidinger
United States District Judge