# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>VICTORIA L. SPROUSE, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Hearing and Modify Schedule [Doc. 520].

The Defendant moves for a continuance of the evidentiary hearing, which is currently scheduled for June 8, 2016. [Doc. 520]. For the reasons stated by the Defendant, and for cause shown, the Court will grant the motion to continue and will implement a revised briefing schedule.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Continue Hearing and Modify Schedule [Doc. 520] is **GRANTED**, and the evidentiary hearing currently scheduled for June 8, 2016, is hereby **CONTINUED**. The parties will be notified of a new date for the hearing.

**IT IS FURTHER ORDERED** that the parties shall exchange subpoena responses by **June 8, 2016**; the parties shall file their joint stipulations with the Court by **June 27, 2016**; and the parties shall file supplement briefs by **August 1, 2016**.

**IT IS SO ORDERED.** Signed: June 1, 2016

Martin Reidinger
United States District Judge