# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **VICTORIA L. SPROUSE,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Judgment Pursuant to Fed. R. Crim. P. 36. [Doc. 532].

The parties move the Court for an Order clarifying that the Court's intention was to vacate the prior judgment imposed upon the Defendant and to impose a new judgment included a 30-month sentence, with full credit for the time she had previously served. Upon consideration of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Amend Judgment Pursuant to Fed. R. Crim. P. 36 [Doc. 532] is **GRANTED**, and the Judgment [Doc. 526] previously entered in this matter shall be amended to reflect the Court's intent that the Defendant's prior judgment be

vacated; that the new judgment imposed requires her to serve only an aggregate sentence of 30 months; and that the 30-month sentence imposed in this case would not result in the Defendant serving additional time beyond this 30-month sentence.

**IT IS SO ORDERED.**

Signed: September 15, 2016

Martin Reidinger
United States District Judge