# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:07-cr-00211-MR-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| VICTORIA L. SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release. [Doc. 545]. The Government opposes the Defendant's Motion. [Doc 546].

On April 1, 2009, the Defendant was found guilty by a jury of various counts of wire fraud, bank fraud, and money laundering. [Doc. 236]. On June 12, 2012, the Defendant was charged with eight counts of bankruptcy fraud in a separate case pending before the Honorable Max O. Cogburn, Jr. [United States v. Sprouse, Criminal Case No. 3:12-cr-00200-MOC, Doc. 1]. The Defendant ultimately pled guilty to one count of bankruptcy fraud in that case on December 20, 2013. [Id., Doc. 49].

Following a series of continuances, appeals and an intervening Supreme Court decision, on June 23, 2016, the Defendant pled guilty to one count of conspiracy to defraud the United States in the present action. [See Doc. 524]. This Court sentenced the Defendant to a term of 30 months' imprisonment and a term of three years' supervised release, both to run concurrently with a 30-month term of imprisonment and a three-year term of supervised release imposed in Criminal Case No. 3:12-cr-00200-MOC. [Doc. 526, as amended, Doc. 534].

The Defendant now seeks the early termination of her term of supervised release.[1]

Upon review of the Defendant's Motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted in the present action. There is no benefit to the Court or the Defendant to be serving two separate but concurrent terms of supervised release. This order in no way addresses or impacts the judgment imposing a term of supervised release in Criminal Case No. 3:12-cr-00200-MOC (which was before a different Judge of this Court) and the Court expresses no opinion as to the continuation of the term of supervised release therein.

---

[1] The Defendant has not sought termination of the supervised release term imposed in Criminal Case No. 3:12-cr-00200-MOC.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 545] is **GRANTED**, and the Defendant's term of supervised release in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant, counsel for the Government, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: January 11, 2019

Martin Reidinger
United States District Judge